**SMITH v. OOMS, Commissioner
of Patents.
No. 9399.**

United States Court of Appeals
District of Columbia.

Argued April 10, 1947.

Decided Sept. 30, 1947.

Mr. Lester B. Clark, of Houston, Tex., with whom Mr. Emmett Leo Sheehan, of Washington, D. C., was on the brief, for appellant.

Mr. Edwin L. Reynolds, United States Patent Office, of Washington, D. C., with whom Messrs. W. W. Cochran, Solicitor, United States Patent Office, and Howard S. Miller, both of Washington, D. C., were on the brief, for appellee.

Before GRONER, Chief Justice, and EDGERTON and PRETTYMAN, Associate Justices.

PER CURIAM.

This is a suit to obtain a patent. R.S. § 4915, 35 U.S.C.A. § 63. The Patent Office found that the claims lacked invention.

The finding was a reasonable one. The District Court was therefore right in dismissing the bill. Abbott v. Coe, 71 App.D. C. 195, 109 F.2d 449.

Affirmed.

**Arthur T. BLEASE, Appellant, v. Casper W. OOMS, Commissioner of Patents, Appellee.
No. 9398.**

United States Court of Appeals
District of Columbia.

Argued April 10, 1947.

Decided Sept. 30, 1947.

Mr. Lester B. Clark, of Houston, Tex., with whom Mr. Emmett Leo Sheehan, of Washington, D. C., was on the brief, for appellant.

Mr. Edwin L. Reynolds, United States Patent Office, of Washington, D. C., with whom Mr. W. W. Cochran, Solicitor, United States Patent Office, of Washington, D. C., was on the brief, for appellee.

Before GRONER, Chief Justice, and EDGERTON and PRETTYMAN, Associate Justices.

PER CURIAM.

We find no error in the record. The judgment of the District Court is therefore affirmed.